AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| TracFone Wireless, Inc., <br><br><br><br>_Plaintiff(s)_ <br> v. <br> SCS Supply Chain LLC f/k/a Smart Cellular Solutions, LLC, et al., <br><br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.     19cv20604

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   SCS Supply Chain LLC
9155 Sterling Street, Suite 130
Irving, Texas 75063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Baldinger
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
jbaldinger@carltonfields.com; 561-659-7070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Feb 15, 2019                         _s/ Dimas Rodriguez_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| TracFone Wireless, Inc., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| SCS Supply Chain LLC f/k/a Smart Cellular Solutions, LLC, et al., | ) | 19cv20604 |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   SAS Solutions Inc.
615 W. Main Street, Suite 315
Arlington, Texas 76010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Baldinger
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
jbaldinger@carltonfields.com; 561-659-7070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Feb 15, 2019

_s/ Dimas Rodriguez_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| TracFone Wireless, Inc., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| | ) | 19cv20604 |
| SCS Supply Chain LLC f/k/a Smart Cellular Solutions, LLC, et al., | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Ahmad Sarrawi Adballah
2825 North State Highway, Apt. 360
Grand Prairie, Texas 75050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Baldinger
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
jbaldinger@carltonfields.com; 561-659-7070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Feb 15, 2019

_s/ Dimas Rodriguez_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| TracFone Wireless, Inc., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| | ) |
| SCS Supply Chain LLC f/k/a Smart Cellular | ) 19cv20604 |
| Solutions, LLC, et al., | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mahmoud Adballah
2502 Royal Glen Court
Arlington, Texas 76012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      James Baldinger
      Carlton Fields Jorden Burt, P.A.
      525 Okeechobee Blvd., Suite 1200
      West Palm Beach, Florida 33401
      jbaldinger@carltonfields.com; 561-659-7070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Feb 15, 2019
    _____

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| TracFone Wireless, Inc., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| SCS Supply Chain LLC f/k/a Smart Cellular Solutions, LLC, et al., | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.   19cv20604

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Abedallah Yaser Afify
425 E. Lamar Boulevard, # 140
Arlington, Texas 76011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Baldinger
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
jbaldinger@carltonfields.com; 561-659-7070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Feb 15, 2019



**SUMMONS**

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| TracFone Wireless, Inc., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| SCS Supply Chain LLC f/k/a Smart Cellular Solutions, LLC, et al., | ) | 19cv20604 |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mohamad Alnsour
1632 Ridge Haven Drive, Apt. 902
Arlington, Texas 76011


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Baldinger
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
jbaldinger@carltonfields.com; 561-659-7070


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Date: _Feb 15, 2019_

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>TracFone Wireless, Inc.,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td>19cv20604</td></tr>
<tr><td>SCS Supply Chain LLC f/k/a Smart Cellular<br>Solutions, LLC, et al.,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Maaz Aziz
800 Gray Hawk Lane
Euless, Texas 76039

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Baldinger
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
jbaldinger@carltonfields.com; 561-659-7070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Feb 15, 2019

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| TracFone Wireless, Inc., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| SCS Supply Chain LLC f/k/a Smart Cellular Solutions, LLC, et al., | ) | 19cv20604 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Saad Aziz
1010 Canyon Oak Drive
Euless, Texas 76039

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Baldinger
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
jbaldinger@carltonfields.com; 561-659-7070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Feb 15, 2019
_____

*s/ Dimas Rodriguez*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| TracFone Wireless, Inc., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| SCS Supply Chain LLC f/k/a Smart Cellular | ) | 19cv20604 |
| Solutions, LLC, et al., | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Zubair Group, Inc.
2580 W. Camp Wisdom Rd. Ste 250
Grand Prairie, TX 75052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Baldinger
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
jbaldinger@carltonfields.com; 561-659-7070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Feb 15, 2019
_____

*s/ Dimas Rodriguez*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court